IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANTE LAMAR KING,<br><br>Defendant. | CR 18-52-BLG-SPW-TJC<br><br>**ORDER VACATING CHANGE OF PLEA HEARING** |

Before the Court is Defendant's Unopposed Motion to Vacate Change of Plea Hearing. (Doc. 51.) Defendant's motion being unopposed,

IT IS ORDERED that the Change of Plea Hearing presently set for April 2, 2019, at 2:30 p.m. is hereby **VACATED**.

DATED this 29th day of March, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge